IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Applicant,<br>v.<br><br>SERVERGY, INC.,<br><br>　　　　Respondent. | §<br>§<br>§<br>§<br>§<br>§　Misc. Action No: 4:14-mc-022<br>§<br>§<br>§<br>§<br>§ |

## AGREED MOTION TO EXTEND RESPONDENT'S DEADLINE TO RESPOND

Applicant Securities and Exchange Commission ("Commission" or "Applicant") and Respondent Servergy, Inc. ("Servergy" or "Respondent") file this Agreed Motion to Extend Respondent's Deadline to Respond to the Commission's Application for an Order Compelling Compliance with Administrative Subpoenas, and respectfully show the Court the following:

1.　This action was originally filed on or about December 4, 2014.

2.　Servergy has engaged new counsel to assist with the production of documents to the Commission and in the investigation and is in the process of producing documents to the Commission pursuant to an agreed scope of production. Servergy and the Commission anticipate filing an agreed motion to stay this action subject to Servergy's initial production of documents pursuant to that agreed scope of production.

3.　Additional time is required for Servergy to produce documents and for the parties to enter into an agreement that, with the Court's approval, would stay this action.

4.　Accordingly, Servergy requests that the deadline to move, answer or otherwise respond to the Commission's Application be extended to and include Friday, January 16, 2014.

4.      Counsel for Servergy has conferred with Counsel for the Commission, and Counsel for the Commission has agreed to this motion.

WHEREFORE, Respondent respectfully requests that the Court grant this agreed motion to extend the time by which it must move, answer or otherwise respond to the Commission's Application.

DATED: December 24, 2014

                                                  Respectfully submitted,

                                                  HAYNES AND BOONE, LLP

                                                  By:   /s/ *Timothy A. Newman*
                                                  Timothy A. Newman
                                                  TBN 24070326
                                                  Katherine S. Addleman
                                                  TBN 00905400
                                                  Haynes and Boone, L.L.P.
                                                  2323 Victory Avenue, Suite 700
                                                  Dallas, Texas  75219
                                                  Telephone:  214-651-5000
                                                  Facsimile:  214-200-0611
                                                  timothy.newman@haynesboone.com
                                                  kit.addleman@haynesboone.com

                                                  **Counsel for Servergy, Inc.**

## CERTIFICATE OF CONFERENCE

On December 23, 2014, I conferred with counsel for the Securities and Exchange Commission and they agreed to this extension.

                                                  s/ *Timothy A. Newman*
                                                   Timothy A. Newman

## **CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on December 24, 2014, which caused an electronic copy of this document to be served on all counsel of record who have appeared in this matter.

    Matthew Gulde
    Securities and Exchange Commission
    Burnett Plaza, Suite 1900
    801 Cherry Street, Unit 18
    Fort Worth, TX 76102
    Telephone: (817) 978-1410
    Facsimile: (817) 978-4927
    Email: guldem@sec.gov

                                                  s/ *Timothy A. Newman*
                                                  Timothy A. Newman