UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Applicant, )<br>)<br>vs. )<br>)<br>SERVERGY, INC. )<br>)<br>Respondent. )<br>) | Misc. Action No.: 4:14-mc-00022-O |

## JOINT MOTION TO STAY PROCEEDING

1. Applicant Securities and Exchange Commission, (the "SEC") joined by Respondent Servergy, Inc. move to stay proceedings in this cause and would show the Court as follows:

2. Upon commencement of this action, Respondent expressed a desire to reach a prompt settlement of the Commission's claims. Toward that end, Applicant and Respondent have engaged in significant settlement discussions. These discussions are ongoing and all parties consider it highly probable that this action will be settled in the near future.

3. In the interest of avoiding unnecessary legal expenses and expending resources unnecessarily, the parties respectfully request that the Court stay these proceedings until March 17, 2015. This period should be sufficient for the parties to complete settlement negotiations.

Dated:  January 15, 2015

                        Respectfully submitted,

                        UNITED STATES SECURITIES
                        AND EXCHANGE COMMISSION

                        *s/Matthew J. Gulde*_____
                        MATTHEW J. GULDE
                        Illinois Bar No. 6272325
                        United States Securities and
                        Exchange Commission
                        Burnett Plaza, Suite 1900
                        801 Cherry Street, Unit 18
                        Fort Worth, TX  76102
                        Telephone:  (817) 978-1410
                        Facsimile:  (817) 978-4927
                        guldem@sec.gov

Of Counsel:

R. JOANN HARRIS
Texas Bar No. 24013332
SAMANTHA S. MARTIN
Texas Bar No. 24065090
United States Securities and Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, TX  76102

                        *Attorneys for Applicant United States*
                        *Securities and Exchange Commission*

**APPROVED AS TO FORM:**


*s/Timothy A. Newman*_____
Timothy A. Newman
Texas Bar No. 24070326
Haynes and Boone, LLP
2323 Victory Avenue, Suite. 700
Dallas, Texas  75219
Telephone: (214) 651-5000
Facsimile: (214) 200-0611
Timothy.newman@haynesboone.com

*Attorney for Respondent*

*SEC v. Servergy, Inc.*                                                                                Page 2
JOINT MOTION TO STAY PROCEEDING

## CERTIFICATE OF SERVICE

   I hereby certify that on January 15, 2015, a true and correct copy of the foregoing *Joint Motion to Stay Proceeding* served on the following parties by depositing a correct copy thereof in an authorized United Parcel Service depository at Fort Worth, Texas with express charges (overnight delivery) prepaid and addressed to:

Timothy A. Newman
Texas Bar No. 24070326
Haynes and Boone, LLP
2323 Victory Avenue, Suite. 700
Dallas, Texas  75219
Telephone: (214) 651-5000
Facsimile: (214) 200-0611
Timothy.newman@haynesboone.com

*Attorney for Respondent*

                   *s/Matthew J. Gulde*_____
                   Matthew J. Gulde