UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>                                                                        )<br>         Applicant,                                         )<br>                                                                        )<br>vs.                                                                  )<br>                                                                        )<br>SERVERGY, INC.                                          )<br>                                                                        )<br>         Respondent.                                      )<br>                                                                        ) | Misc. Action No.: 4:14-mc-00022-O |

# UNOPPOSED MOTION TO DISMISS CLAIMS AGAINST RESPONDENT SERVERGY, INC.

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Applicant Securities and Exchange Commission ("Commission") moves to dismiss this action without prejudice against Respondent Servergy, Inc. ("Servergy") and would respectfully show as follows:

1. The Commission filed its Application in this action on December 4, 2014.

2. On January 15, 2015, the parties filed their Joint Motion to Stay Proceeding and on January 16, 2015, the Court entered an Order [Docket #6] granting this motion.

3. The parties have resolved the issues that led to the filing of this subpoena enforcement action. In light of these developments, the Commission now seeks to dismiss this action against Servergy.

4. The Commission has submitted a proposed Order that would grant the relief requested. If the relief requested is granted, all of the Commission's claims in the above-captioned case will have been resolved.

Dated:   March 13, 2015 　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　UNITED STATES SECURITIES AND
　　　　　　　　　　　　　　　　　　　　　EXCHANGE COMMISSION

　　　　　　　　　　　　　　　　　　　　　<u>*s/Matthew Gulde*</u>_____
　　　　　　　　　　　　　　　　　　　　　MATTHEW GULDE
　　　　　　　　　　　　　　　　　　　　　Illinois Bar No. 6272325
　　　　　　　　　　　　　　　　　　　　　United States Securities and Exchange Commission
　　　　　　　　　　　　　　　　　　　　　Burnett Plaza, Suite 1900
　　　　　　　　　　　　　　　　　　　　　801 Cherry Street, Unit 18
　　　　　　　　　　　　　　　　　　　　　Fort Worth, TX  76102
　　　　　　　　　　　　　　　　　　　　　Telephone:  (817) 978-1410
　　　　　　　　　　　　　　　　　　　　　Facsimile:  (817) 978-4927
　　　　　　　　　　　　　　　　　　　　　guldem@sec.gov

**CERTIFICATE OF CONFERENCE**

The SEC submits this Certificate of Conference in accordance with Local Rule 7.1(b). Pursuant to Local Rule 7.1(a), on March 12, 2015, the undersigned conferred with counsel for Servergy, who confirmed that he is unopposed to the Motion.

*s/Matthew J. Gulde*_____
Matthew J. Gulde

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2015, a true and correct copy of the foregoing *Unopposed Motion to Dismiss Claims Against Respondent Servergy, Inc.* was served on the following parties by depositing a correct copy thereof in an authorized United Parcel Service depository at Fort Worth, Texas with express charges (overnight delivery) prepaid and addressed to:

Katherine Smith Addleman
Texas Bar No. 00905400
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Facsimile: (214) 200-0860
Kit.addleman@haynesboone.com

Timothy A. Newman
Texas Bar No. 24070326
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Facsimile: (214) 200-0611
Timothy.newman@haynesboone.com

*Attorneys for Respondent*

*s/Matthew J. Gulde*_____
Matthew J. Gulde