IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| Applicant, | § § | Civil Action No. 4:14-mc-22-O |
| v. | § § | |
| SERVERGY, INC., | § § § | |
| Respondent. | § § § | |

**ORDER**

Before the Court is Applicant's Unopposed Motion to Dismiss Claims Against Respondent Servergy, Inc. (ECF No. 7), filed March 13, 2015. Having considered the motion, the Court finds that it should be and is hereby **GRANTED**.

Accordingly, it is **ORDERED** that Applicant's Application for Order Compelling Compliance with Administrative Subpoenas is **DISMISSED without prejudice**.

**SO ORDERED** on this **16th** day of **March, 2015**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE